UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WALKER,<br><br>              Petitioner,<br><br>     v.<br><br>A. HIXTON,<br><br>              Respondent. | No. 2:23-cv-02711 DB P<br><br><br>ORDER |

Petitioner requested an extension of time to file a request for leave to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED as follows:

    1. Petitioner's request for an extension of time is granted.

    2. Petitioner shall file a properly completed request for leave to proceed in forma pauperis or pay the $5.00 filing fee within thirty days from the date of this order.

Dated: February 23, 2024

DLB7
walk2711.111

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1