UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WALKER, | No. 2:23-cv-02711 DB P |
| Petitioner, | |
| v. | ORDER |
| A. HIXTON, | |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se. Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has also filed a motion for a stay and abeyance. However, the petition for writ of habeas corpus was not signed by petitioner.

    Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Accordingly, petitioner must re-file the petition bearing his signature. Failure to submit a signed amended petition will result in a recommendation that this action be dismissed.

    Good cause appearing, IT IS HEREBY ORDERED as follows:

    1. Within thirty days from the date of this order, petitioner shall re-file a <u>signed</u> petition; and

1

2. The Clerk of the Court is directed to send petitioner the court's form application for writ of habeas corpus.

Dated: April 3, 2024

DLB7
walk2711.r11.hc

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2