UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WALKER, | No. 2:23-cv-2711 DB P |
| Petitioner, | |
| v. | ORDER |
| A. HIXTON, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated December 8, 2023, petitioner was directed to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee within thirty days. (ECF No. 4.) The Clerk of the Court was directed to send petitioner a copy of the in forma pauperis form used by this district. (Id.) Petitioner was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed. (Id.)

    On March 15, 2024, petitioner filed a copy of his prisoner trust fund account statement for the previous six-month period. (ECF No. 8.) Despite being provided with the proper form, however, petitioner did not file a properly completed in forma pauperis affidavit. See 28 U.S.C. §§ 1914(a); 1915(a).

    Petitioner will be provided with another copy of the proper form. Petitioner be provided one more opportunity to either submit the appropriate affidavit in support of a request to proceed

1

1 | in forma pauperis or submit the appropriate filing fee. See Williams v. Pierce Cnty. Bd. of
2 | Comm'rs, 267 F.2d 866, 867 (9th Cir. 1959) ("leave to proceed in forma pauperis… may be
3 | obtained only upon an affidavit made as required by… 28 U.S.C. [§ 1915]").

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

2. Petitioner shall submit, within 21 days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner is again cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  May 24, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
walk2711.101a.2nd

2