UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WALKER,<br><br>        Petitioner,<br><br>    v.<br><br>A. HIXTON,<br><br>        Respondent. | No.  2:23-cv-2711-DC-SCR<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This case was stayed by order dated August 15, 2024 to permit petitioner to exhaust his state court remedies with respect to his ineffective assistance of counsel claim.  See ECF No. 15.  On May 22, 2025, petitioner filed his first status report in which he requests the appointment of counsel.  ECF No. 19.  This status report does not provide the court with sufficient information about any pending state habeas petition to determine whether a continued stay of this case is appropriate.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel including any necessary "ancillary matters appropriate to the proceedings."  See 18 U.S.C. § 3006A(a)(2)(B); 18 U.S.C. § 3006A(c); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. Counsel for petitioner shall file a status report with the court no later than 90 days from the date of this order explaining what state court remedies remain unexhausted, any anticipated state habeas petitions to be filed, and whether a continued stay remains appropriate in this case.

4. The Clerk of the Court is directed to serve a copy of this order on the office of the Federal Defender.

DATED: June 12, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE