HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN WIGGIN, #182732
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Petitioner
Tyrone Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WALKER, ) | Case No. 2:23-cv-02711-DC-SCR |
| Petitioner, ) | SUBSTITUTION OF ATTORNEY |
| v. ) | |
| A. HIXTON, Warden, ) | |
| Respondent, ) | |

It is respectfully requested that the Office of the Federal Defender be relieved as attorney of record for Mr. Walker in the above captioned case due to staff workload issues and that attorney

Kresta Nora Daly
Barth Daly LLP
PO BOX F
Winters, CA 95694
916-440-8600
Email: kdaly@barth-daly.com

be substituted in as **appointed** counsel for Mr. Walker.  Mr. Walker continues to qualify for appointed counsel.

Dated: June 24, 2025

                                        Respectfully submitted,

                                        */s/ Carolyn M. Wiggin*
                                        Carolyn M. Wiggin
                                        Assistant Federal Defender

      I accept the substitution and ask to be appointed.

DATED: June 24, 2025

                                        */s/ Kresta N. Daly*
                                        Kresta N. Daly
                                        Attorney at Law

**O R D E R**

IT IS SO ORDERED.

DATED: June 26, 2025

                                     SEAN C. RIORDAN
                                     UNITED STATES MAGISTRATE JUDGE